CREDIT UNION LEASING OF AMERICA(CULA)     www.cula.com
3111 Camino Del Rio North, Suite 203     619-516-3900
San Diego, CA 92108     11/6/2018

## NEW CAR VALIDATION WORKSHEET

| | | | |
|---|---|---|---|
| **CREDIT UNION** | Hudson Valley Federal Credit Union | **CONTRACT DATE** | 11/1/2018   **NEW** |
| **ORIGINATOR** | CURRY HYUNDAI SUBARU | **1st PAYMENT** | 11/1/2018 |
| **LESSEE** | GIA P. SESSA | **2nd PAYMENT** | 12/2/2018 |
| **LEASE#** | 464980L0100 | **DUE DAY** | 2 |
| **YEAR** | 2019 | **LAST PMT DUE** | 10/2/2021 |
| **MAKE** | SUBARU | **SCHEDULED TERM DATE** | 11/1/2021 |
| **MODEL** | FORESTER | **CONTRACT CODE** | WTI NYHV 01/2015 |
| **DESCRIPTION** | 4dr Wgn 2.5i Premium | **GENERATED BY** | dreynolds |

**RESIDUAL VALUE CALCULATION**
- MSRP    $29,021.00
- **ADJUSTED MSRP**    $29,021.00

**RESIDUAL CALCULATION**
- Adjusted MSRP    $29,021.00
- x Residual Percentage    67%
- **RESIDUAL**    $19,444.07

**MILEAGE**
- Annual Mileage    10,000
- Mileage at Inception    127
- Est. Mileage at End of Term    30,127
- Allowable Mileage Over Term    30,000
- Excess Mileage Chrgs (0.15)    0    $0.00
- **ADJUSTED RESIDUAL**    $19,444.07

**FUNDING RECAP**
- ADJUSTED CAP COST    $25,928.60
- Less:
- 1st Total Monthly Payment    $237.75
- Residual Shortfund    $0.00
- CU Fee    $0.00
- Taxes    $0.00
- Acquisition Fee    $795.00
- GAP Shortfund    $0.00
- Other    $0.00
- Manufacturer Escrow Amount    $0.00
- **TOTAL - CHECK TO DEALER**    $24,895.85
- **CONTRACT RATE**    3.061%

**RESERVES PAYABLE / AMOUNT OWED**
- METHOD: Flat Fee
- **DEALER PARTICIPATION**    $0.00

**LEASE CALCULATIONS**
- GROSS CAPITALIZED COST    $28,457.00
- Cap Cost Reduction    $2,528.40
- **ADJUSTED CAP COST**    $25,928.60
- Acquisition Fee    $795.00
- Other (Adds)    $0.00
- Other (Warranty)    $0.00
- **LUXURY TAX**
- Agreed Upon Value    $27,662.00
- Amt. over 150,000.01    $0.00
- Tax Rate    0.00%    $0.00
- **CONTRACT RESIDUAL**    $19,444.07

**LEASE TERM DEPRECIATION**
- Total Depreciation    $6,484.53
- divided by Term    36
- **AVG. MONTHLY DEPRECIATION**    $180.13

**MONTHLY LEASE CHARGE**
- Adjusted Cap Cost + Contract Residual    $45,372.67
- x Contract Money Factor    0.00127
- **AVG. MONTHLY LEASE CHARGE**    $57.62

**BASE PAYMENT**    $237.75
- x Tax Rate    8.375%    $0.00
- **TOTAL MONTHLY PAYMENT**    $237.75

**DRIVE OFFS - DUE AT SIGNING**
- Cap Cost Reduction    $2,528.40
-    Taxable portion    $0.00
- Doc Fee    $747.96
- Other Fees    $0.00
- Tax on Cap Cost Red, Doc Fee, Other    $62.64
- First Month's Payment    $237.75
- First Year License and Registration    $423.25
- Luxury Tax Paid Up Front    $0.00
- Warranty Contract    $0.00
- **TOTAL**    $4,000.00

EXHIBIT 2