

**SCHUCKIT & ASSOCIATES** PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

## MEMO ENDORSED

February 5, 2020

**VIA ECF ONLY**

The Honorable Kenneth M. Karas
U.S. District Court, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      ***RE:***    ***Gia Sessa, on behalf of herself and all others similarly situated vs. Trans Union, LLC, et al.***
            U.S. District Court, Southern District of New York
            Case No. 7:19-cv-9914-KMK

Dear Judge Karas:

     Trans Union, LLC ("Trans Union") respectfully requests that its counsel be granted leave to appear by telephone at the Pre-Motion Conference on Hudson Valley Federal Credit Union's Motion to Dismiss, currently scheduled in the above-captioned matter for February 13, 2020 at 10:30 a.m.

     Good cause exists to grant Trans Union leave to appear by telephone as it otherwise will be required to incur the expense for its counsel to travel from Zionsville, Indiana, to White Plains, New York, and thus, Trans Union will incur significant travel costs and attorneys' fees to appear in person. Trans Union assures the Court that counsel can and will meaningfully participate by telephone in all respects as may be necessary.

     Trans Union has contacted all parties regarding this request and no party has objected.

*Denied.*
*So Ordered.*
*KMK 2/6/20*

KCR/jks
cc: All counsel of record via ECF

Respectfully,

SCHUCKIT & ASSOCIATES, P.C.

*s/ Katherine E. Carlton Robinson*

Katherine E. Carlton Robinson