**SCHLANGER LAW GROUP LLP**

**MEMO ENDORSED**

April 16, 2021

**VIA ECF**

Hon. Kenneth M. Karas
U.S. District Court, S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *Sessa v. Linear Motors, LLC d/b/a Curry Hyundai Subaru, et al.*
**Index:** 7:19-cv-09914 (KMK)(AEK)

Your Honor:

My firm is counsel to Plaintiff and the putative class in the above-referenced action. For the reasons outlined in my letter to the Court date April 5, 2021 (ECF Doc. 101), I respectfully request that the case management conference currently scheduled for April 22, 2021 be adjourned to May 18, 20, 25 or 27, 2021. Defendant consents to this request, including the proposed dates.

Respectfully,

/s/Daniel A. Schlanger

Daniel A. Schlanger

cc: all counsel of record

Granted. The Court will hold a teleconference on May 20, 2021 at 12:15 PM

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/19/2021

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*