UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIA SESSA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>LINEAR MOTORS, LLC d/b/a CURRY HYUNDAI SUBARU; HUDSON VALLEY FEDERAL CREDIT UNION; CREDIT UNION LEASING OF AMERICA; and TRANS UNION, LLC,<br><br>*Defendants.* | Civil Action No.:19-cv-09914 (KMK)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

UPON CONSIDERATION OF the Motion to File Documents Under Seal and a Notice of Filing Sealed Documents filed by Gia Sessa (Docket Entry Nos. 122 and 123), which seeks to file under seal the following documents submitted to this Court:

1. Exhibit 1 through 15 to the Declaration of Evan S. Rothfarb dated August 27, 2021;

2. Exhibits 3, 5, and 10 to the Declaration of Gia Sessa dated August 27, 2021;

3. Plaintiff's Opposition to Defendant Trans Union, LLC's Motion for Summary Judgment; and

4. Plaintiff's Local Civil Rule 56.1(b) Counter-Statement of Controverted Material Facts in Opposition to Trans Union, LLC's Statement of Material Facts (UNREDACTED); and

Upon review of the documents and materials referenced and for the reasons stated therein:

IT IS HEREBY ORDERED that the above-referenced documents are ordered sealed; and

IT FURTHER ORDERED that Plaintiff is directed to file a redacted version of the Opposition to Defendant Trans Union, LLC's Motion for Summary Judgment following conferral with between counsel.

Dated:  August 31, 2021
 White Plains, NY

SO ORDERED:

Hon. Kenneth M. Karas, U.S.D.J.