**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GIA SESSA, on behalf of herself and all others similarly situated,

                                  Plaintiff,                        19 **CIVIL** 9914 (KMK)

            -against-                            **<u>JUDGMENT</u>**

LINEAR MOTORS, LLC, et al.,

                                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 20, 2021, the Court grants Defendant's Motion for Summary Judgment. Judgment is entered for Defendant, and this case is closed.

**Dated:**  New York, New York
           December 20, 2021

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                        **BY:**
                                                                    **Deputy Clerk**