UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIA SESSA, *on behalf of herself and all others similarly situated,*<br><br>       *Plaintiff,*<br><br>v.<br><br>LINEAR MOTORS, LLC d/b/a CURRY HYUNDAI SUBARU; HUDSON VALLEY FEDERAL CREDIT UNION; CULA, LLC; and TRANS UNION, LLC,<br><br>       *Defendants.* | Civil Action No.: 7:19-cv-09914 (KMK)(AEK)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Gia Sessa appeals to the United States Court of Appeals for the Second Circuit from the United States District Court's Opinion & Order, ECF Doc. No. 133, and the Clerk's Judgment, ECF 134, entered on December 20, 2021.

Dated: January 13, 2022.

*/s/ Daniel A. Schlanger*
Daniel A. Schlanger
Evan S. Rothfarb
Schlanger Law Group LLP
80 Broad Street, Suite 1301
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: erothfarb@consumerprotection.net
E: dschlanger@consumerprotection.net

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing brief with the Clerk of the Court for the Southern District of New York by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Daniel A. Schlanger*
Daniel A. Schlanger